UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| LINWOOD E. TRACY, JR.,            )<br>                           )<br>            Plaintiff,     )<br>                           )<br>vs.                        )<br>                           )<br>EDWARD C. REED, JR.,       )<br>                           )<br>            Defendant.    )<br>_____) | 3:09-CV-00355-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendant's Motion to Dismiss (Doc. #13) filed August 17, 2009, by the United States Attorney for the District of Nevada.

Plaintiff Tracy has failed to timely file a response to Defendant's motion to dismiss. Moreover, it is clear from a reading of Defendant's motion to dismiss that Defendant is entitled to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant's Motion to Dismiss (Doc. #13) is hereby GRANTED and the Clerk of Court shall forthwith enter judgment in favor of the Defendant Edward C. Reed, Jr., and against Plaintiff Linwood E. Tracy, Jr.

**IT IS FURTHER ORDERED that** Plaintiff Tracy's Motion to Dismiss the Filing of Defendant's Statement RE: Removal (Doc. #8), which is reflected in the Clerks Office Minute Order dated August 3, 2009, is DENIED.

DATED: September 9, 2009.

_____
PHILIP M. PRO
United States District Judge