AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ ***** _____ DISTRICT OF   NEVADA_____

LINWOOD E. TRACY, JR.,

         Plaintiff,

    V.

EDWARD C. REED, JR.,

         Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:09-CV-00355-PMP-LRL

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss [13] is GRANTED and judgment is entered in favor of the Defendant, Edward C. Reed, Jr., and against the Plaintiff, Linwood E. Tracy, Jr.   IT IS FURTHER ORDERED that Plaintiff Tracy's Motion to Dismiss the Filing of Defendant's Statement RE: Removal [8], which is reflected in the Clerks Office Minute Order dated August 3, 2009, is DENIED.

 September 10, 2009

                              **LANCE S. WILSON**
                                  Clerk

                            /s/  M. Campbell
                                Deputy Clerk